## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| William A Gosling | : | Case No.:  14-30887 |
| | : | Chapter 13 |
| Debtor. | : | Judge Joan A. Lloyd |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 36) AS TO REAL PROPERTY LOCATED AT 5 KELLY DR, TAYLORSVILLE, KY 40071

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant") , by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc., as Docket Number 36; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1.      The Chapter 13 Plan filed herein on behalf of William A Gosling ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.      In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of July 2014 and subsequent months, incurring a total post-petition arrearage of

15-016388_JMR

$15,278.95 through September 2015, which consists of 15 post-petition payments at $973.53 each, and attorney fees and costs of $676.00. There is $65.46 in suspense, which reduces the total post-petition arrearage to $15,213.49.

3.  In order to eliminate said post-petition delinquency, Movant shall file a Supplemental Proof of Claim in the amount of $15,213.49 representing the total post-petition arrearage detailed above.

4.  Debtor hereby agrees to amend the Order of Confirmation within 30 days of this order to provide for the payment of the additional Claim through Debtors Chapter 13 Plan.

5.  The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the October 1, 2015 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

6.  This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7.  The following are events of default under this Agreed Order: (a) Debtor fails to amend Order of Confirmation within 30 days of this order; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day in the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default"). Debtor's opportunity to cure the default shall be limited to three occurrences.

Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

8.      In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

9.      The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

**IT IS SO ORDERED.**

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  September 30, 2015

Submitted by:

/s/ Amy E. Gardner
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


/s/ Ross Benjamin Neuhauser
Ross Benjamin Neuhauser
312 S. 4th St. Suite 700
Louisville, KY  40202
Telephone:  502-472-1771
Fax:  502-317-0064
Email:  ross.neuhauser@gmail.com
Attorney for Debtor

Copies to:

Amy E. Gardner
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
(notified by ecf)

Office of U.S. Trustee, Western District of
Kentucky, Party of Interest, 601 West
Broadway, #512, Louisville, KY  40202
(notified by ecf)

William W. Lawrence
Chapter 13 Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY  40202
(notified by ecf)

Ross Benjamin Neuhauser
Attorney for Debtor
312 S. 4th St. Suite 700
Louisville, KY  40202
(notified by ecf)

Raphael J. Whitford
Attorney for Attorney for Debtor
312 S. 4th St.
Suite 700
Louisville, KY  40202
 (notified by ecf)

William A Gosling
Debtor
5 Kelly Drive
Taylorsville, KY  40071
(notified by regular US Mail)

William A Gosling
Debtor
5 Kelly Dr
Taylorsville, KY  40071
(notified by regular US Mail)

Spencer County
Party of Interest
C/O Sheriff's Department
18 E Main St
Taylorsville, KY  40071
(notified by regular US Mail)