UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:  
WILLIAM A GOSLING

Case No:  
14-30887

Debtor(s)

### ORDER AMENDING THE ORDER OF CONFIRMATION
### (TO PROPERLY REFLECT THE PERCENTAGE TO BE PAID TO UNSECURED CREDITORS)

Motion having been made by the Chapter 13 Trustee, William W. Lawrence, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended to increase the percentage paid to unsecured creditors from **1.00%** to **4.50%**.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville, KY 40202

Dated: 12/19/2018

Joan A. Lloyd  
United States Bankruptcy Judge  
Dated: January 10, 2019